UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

CHARLES FRANKLIN CHANCE,      )
         )
Plaintiff,         )
         )   No. 1:14-CV-165
v.         )
         )   Judge Curtis L. Collier
CAROLYN W. COLVIN,      )
Commissioner of Social Security,      )
         )
Defendant.         )

## JUDGMENT ORDER

United States Magistrate Judge William B. Mitchell Carter filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) (Court File No. 15). Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations.

Accordingly, it is **ORDERED** that:

(1)    The plaintiff's motion for judgment on the administrative record (Court File No. 12) is **DENIED**.

(2)    The defendant's motion for summary judgment (Court File No. 13) is **GRANTED**.

(3) The case is **DISMISSED**.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ Debra C. Poplin
  CLERK OF COURT